# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

---

**Plaintiff(s):** American Civil Liberties Union of Arizona

**Defendant(s):** U.S. Immigration and Customs Enforcement ; U.S. Dept. of Homeland Security

County of Residence: Maricopa

County of Residence: Maricopa

County Where Claim For Relief Arose: Maricopa

Plaintiff's Atty(s):

**Larry J. Wulkan**
Stinson Leonard Street LLP
1850 N. Central Ave., Suite 2100
Phoenix, Arizona  85004
602.279.1600

**Javier Torres**
Stinson Leonard Street LLP
1850 N. Central Ave., Suite 2100
Phoenix, Arizona  85004
602.279.1600

**David C. Onuschak**
Stinson Leonard Street LLP
1850 N. Central Ave., Suite 2100
Phoenix, Arizona  85004
602.279.1600

**Kathleen E. Brody**
ACLU Foundation of Arizona
3707 N. 7th St., Suite 235
Phoenix, Arizona  85014
602.650.1854

Defendant's Atty(s):

William B. Peard
ACLU Foundation of Arizona
3707 N. 7th St., Suite 235
Phoenix, Arizona  85014
602.650.1854

---

| | |
|---|---|
| II. Basis of Jurisdiction: | **2. U.S. Government Defendant** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **N/A** |
| Defendant:- | **N/A** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **895 Freedom of Information Act** |
| VI. Cause of Action: | **seeks injunctive and other appropriate relief, pursuant to 5 U.S.C. § 552, including the immediate processing and release of agency records improperly withheld by Defendants United States Department of Homeland Security ("DHS") and its sub-agency U.S. Immigration and Customs Enforcement ("ICE").** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | |
| Jury Demand: | **No** |

VIII. This case **is not related** to another case.

---

**Signature:  Larry J. Wulkan**

**Date:  12.19.2018**

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

Revised: 01/2014