Larry J. Wulkan (Bar No. 021404)
Brandon R. Nagy (Bar No. 030993)
Javier Torres (Bar No. 0032397)
**STINSON LEONARD STREET LLP**
1850 North Central Avenue, Suite 2100
Phoenix, Arizona 85004-4584
Tel: (602) 279-1600
Fax: (602) 240-6925
Email: larry.wulkan@stinson.com
brandon.nagy@stinson.com
javier.torres@stinson.com

Molly Brizgys (Bar No. 029216)
**ACLU FOUNDATION OF ARIZONA**
3707 North 7th Street, Suite 235
Phoenix, Arizona 85014
Tel: (602) 650-1854
Email: mbrizgys@acluaz.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| American Civil Liberties Union of Arizona,<br><br>      Plaintiff,<br>v.<br><br>U.S. Immigration and Customs Enforcement; U.S. Department of Homeland Security,<br><br>      Defendants. | Case No.: 2-18-cv-04821-DWL<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** |

Pursuant to Local Rule 83.3 (B), notice is hereby given that Molly Brizgys will no longer be with the ACLU Foundation of Arizona and is withdrawing as counsel for the Plaintiff. Plaintiff will continue to be represented by Casey Arellano of the ACLU Foundation of Arizona and co-counsel of record for the Plaintiff.

Dated this 21st day of January, 2020.

> ACLU FOUNDATION OF ARIZONA
>
> By /s/ *Molly Brizgys*
> Molly Brizgys
> Casey Arellano
>
> STINSON LEONARD STREET LLP
> Larry J. Wulkan
> Brandon R. Nagy
> Javier Torres
>
> *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2020 I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail as indicated on the Notice of Electronic Filing.

> /s/ *Molly Brizgys*
> Molly Brizgys